# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

JENNIFER M. OLEARY,

       Plaintiff,

                                   Case No. 14-10869

v.                                  Hon. Gerald E. Rosen
                                     Magistrate Judge David R. Grand

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.

_____/

## ORDER ADOPTING
## <u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on         February 19, 2015

PRESENT:  Honorable Gerald E. Rosen
                  Chief Judge, United States District Court

On December 15, 2014, Magistrate Judge David R. Grand issued a Report and

Recommendation ("R & R") recommending that the Court deny Plaintiff Jennifer M.

Oleary's motion for summary judgment and grant the Defendant Commissioner of Social

Security's motion for summary judgment.  No objections have been filed to the R & R.

Upon reviewing the R & R, the parties' underlying cross-motions for summary judgment,

and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and

adopts the R & R in its entirety.

Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's December 15, 2014 Report and Recommendation (docket #23) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's August 26, 2014 motion for summary judgment (docket #21) is DENIED, and that Defendant's September 8, 2014 motion for summary judgment (docket #22) is GRANTED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated:  February 19, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 19, 2015, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135